FILED
MAR 29 2007  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE PROJECT GROUP OF ILLINOIS, INC., <br><br> Defendant. | 07CV1767 <br> JUDGE ANDERSEN <br> MAGISTRATE JUDGE VALDEZ <br><br> JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin harassment, religious harassment, and sexual harassment, and to provide appropriate relief to Iman Negrete who was adversely affected by such practices. As alleged with greater particularity in paragraph 7 below, Iman Negrete, a woman, was harassed because of her sex, her national origin, and her religion by the President and owner of the Project Group of Illinois.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices hereafter alleged to be unlawful were

1

committed within the jurisdiction of the Northern District of Illinois.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e(f)(1) and (3).

4.     At all relevant times, Defendant, The Project Group of Illinois, Inc. (the "Employer"), has continuously been and is now a corporation doing business in the in the city of Downers Grove, Illinois, within the Northern District of Illinois, and has continuously had at least 15 employees.

5.     At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000-e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Negrete filed a Charge with the Commission alleging violation of Title VII of the Civil Rights Act of 1961. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least February 2001, Defendant has engaged in unlawful employment practices at its office in Downers Grove, Illinois, in violation of Title VII of the Civil Rights Act of 1961, 42 U.S.C. § 2000-e(2)(a). These practices include, but are not limited to: a) subjecting Negrete to unwelcome sexual harassment; and b) subjecting

Negrete, after September 11, 2001, to unwelcome harassment based upon her national origin (Arabic) and religion (Muslim).

8. The effect of the practices complained of above has been to deprive Negrete of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, national origin, and religion.

9. The unlawful employment practices complained of above in Paragraphs 7 and 8 above were intentional.

10. The unlawful employment practices complained of above in Paragraphs 7 and 8 above were done with malice and/or reckless indifference to the federally protected rights of Negrete.

**PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully prays that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex, national origin, or religion;

B. Order Defendant to institute and carry out policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant to make whole Negrete by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D. Order Defendant to make whole Negrete by providing compensation for non-pecuniary losses, including emotional pain, suffering, loss of enjoyment of life and humiliation;

E. Order Defendant to pay Negrete punitive damages for its malicious and/or reckless conduct, in an amount to be determined at trial;

F. Grant such further relief as the Court deems necessary and proper; and

G. Grant the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues of fact raised by its Complaint.

Respectfully submitted,

RONALD COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

Equal Employment Opportunity
Commission
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
John C. Hendrickson
Regional Attorney

_____
Gregory Gochanour
Supervisory Trial Attorney

_____
Richard J. Mrizek
Trial Attorney

Richard J. Mrizek
A.R.D.C. No. 6237730
Equal Employment Opportunity
Commission
500 West Madison Street, Suite 2800
Chicago, IL 60661
(312)-886-9078

5